**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DONNELL S. WOODARD,
Plaintiff,
v.
ARAGONTZ[1], et al.,
Defendants.

Case No. 5:24-cv-02656-VBF-MBK

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation. Additionally, the undersigned has independently reviewed the Objections to the Report filed by Defendant Aragonez. The Court overrules the objections and accepts the findings and recommendation of the Magistrate Judge.

Date: September 21, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE

[1] Plaintiff erroneously named Defendant Aragonez as "Aragontz."